IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE WILLOW INN, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PUBLIC SERVICE MUTUAL | : | |
| INSURANCE COMPANY, | : | No. 00-5481 |
| Defendant. | : | |

## ORDER

AND NOW, this **31st** day of **July, 2003**, it is hereby **ORDERED** that:

The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

_____
**Berle M. Schiller, J.**